IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ERLINDA MARTINEZ, *on behalf of* T.P., a minor, | § § § § | |
| Plaintiff, | § § | |
| v. | § | 2:12-CV-049 |
| CAROLYN W. COLVIN, Commissioner of Social Security, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

Came for consideration plaintiff's appeal of the decision of the Commissioner of Social Security denying plaintiff supplemental security benefits. The United States Magistrate Judge entered a Report and Recommendation on March 7, 2013, recommending therein that the decision of the Commissioner be reversed and the case be remanded to the Commissioner for further administrative action. No objections to the Report and Recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case. The Report and Recommendation of the United States Magistrate Judge is hereby ADOPTED. Accordingly, the Commissioner's administrative decision denying plaintiff benefits is REVERSED and the decision is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation of the Magistrate Judge,

including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE